Kathleen Maylin (SBN: 155371)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: maylink@jacksonlewis.com

Attorneys for Defendant
24 Hour Fitness USA, Inc. (erroneously sued as
"24 Hour Fitness Worldwide, Inc.")

John L. Burris (State Bar No. 69888)
Law Offices of John L. Burris
7677 Oakport St., Suite 1120
Oakland, CA  94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882
E-mail: john.burris@johnburrislaw.com

Attorneys for Plaintiffs
Kandace Suggs and Ephraim Walker

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDACE SUGGS, ET AL., | Case No. 2:10-cv-1573 JAM DAD |
| Plaintiff(s), | **STIPULATION RE DISMISSAL OF ACTION AND REFERRAL TO BINDING ARBITRATION;  ORDER** |
| v. | |
| 24 HOUR FITNESS WORLDWIDE, INC.; ET AL, | Complaint Filed:   June 23, 2010 |
| Defendant(s). | |

**TO THE HONORABLE COURT:**

WHEREAS on October 24, 2000, December 22, 2000, and January 30, 2005, Plaintiff Kandace C. Suggs signed acknowledgements agreeing to arbitrate any dispute, claim or controversy arising out of her employment (or termination of employment) with her former employer, 24 Hour Fitness USA, Inc. ("24 Hour Fitness") (collectively "the Parties"), and to submit the dispute to a neutral arbitrator for resolution via binding arbitration.

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on June 23, 2010, Plaintiff Kandace C. Suggs and her husband, Ephraim Walker, filed a Complaint ("Complaint") in the United States District Court, Eastern District of California, alleging sexual harassment and other related employment claims against 24 Hour Fitness.

WHEREAS on August 6, 2010, Plaintiffs agreed to dismiss this civil action and submit their claims to final and binding arbitration pursuant to the terms of the employment agreement.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective counsel of record:

1. This action be dismissed to allow the parties to submit to binding arbitration pursuant to contractual agreement
2. The parties will refer this matter for binding arbitration before a mutually agreed upon arbitrator at JAMS San Francisco.

IT IS SO STIPULATED:

Dated: August 16, 2010                JACKSON LEWIS LLP


By: _____
Kathleen Maylin
Attorneys for Defendant
24 Hour Fitness USA, Inc. (erroneously sued as "24 Hour Fitness Worldwide, Inc.")

Dated: August 11, 2010                LAW OFFICES OF JOHN L. BURRIS


By: _____
John L. Burris
Attorneys for Plaintiffs
Kandace Suggs and Ephraim Walker

STIPULATION RE DISMISSAL OF ACTION AND REFERRAL
TO BINDING ARBITRATION; [PROPOSED] ORDER            Case No.  CV-01573-JAM-DAD

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on this Stipulation of the Parties and for good cause shown, it is hereby ordered that the terms of this Stipulation are approved and adopted, and this action shall be dismissed and the Parties may submit the claims to binding arbitration.

**THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.**

Dated:  August 16, 2010

/s/ John A. Mendez_____
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com