Kathleen Maylin (SBN 155371)
Mia N. Tucker (SBN 268389)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  maylink@jacksonlewis.com
E-mail:  Mia.Tucker@jacksonlewis.com

Attorneys for Defendant
24 Hour Fitness USA, Inc. (erroneously sued as
"24 Hour Fitness Worldwide, Inc.")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDACE SUGGS, ET AL.,<br><br>          Plaintiff(s),<br><br>     v.<br><br>24 HOUR FITNESS WORLDWIDE, INC.; ET AL,<br><br>          Defendant(s). | Case No. cv-01573-JAM-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER [FRCP Rule 41(a)(1)(ii)]**<br><br>Complaint Filed:  June 23, 2010 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-captioned action should hereby be dismissed with prejudice, without costs as against any party.  This stipulation may be filed by any party without notice.

By:      /s/                                   By:      /s/
John Burris                              Kathleen Maylin
LAW OFFICES OF JOHN BURRIS      JACKSON LEWIS LLP
Attorney for Plaintiff                   Attorney for Defendant
Kandace Suggs                          24 Hour Fitness USA, Inc.

**ORDER**

**GOOD CAUSE APPEARING, THE PARTIES STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE IS GRANTED.**

Dated:   11/4/2011                           /s/ John A. Mendez
                                             UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com