Kathleen Maylin (SBN 155371)
Mia N. Tucker (SBN 268389)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: maylink@jacksonlewis.com
E-mail: Mia.Tucker@jacksonlewis.com

Attorneys for Defendant
24 Hour Fitness USA, Inc. (erroneously sued as
"24 Hour Fitness Worldwide, Inc.")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDACE SUGGS, ET AL., | Case No. cv-01573-JAM-DAD |
| Plaintiff(s), | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | **[FRCP Rule 41(a)(1)(ii)]** |
| 24 HOUR FITNESS WORLDWIDE, INC.; ET AL, | |
| Defendant(s). | Complaint Filed: June 23, 2010 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-captioned action should hereby be dismissed with prejudice, without costs as against any party. This stipulation may be filed by any party without notice.

By: _____/s/_____
John Burris
LAW OFFICES OF JOHN BURRIS
Attorney for Plaintiff
Kandace Suggs

By: _____/s/_____
Kathleen Maylin
JACKSON LEWIS LLP
Attorney for Defendant
24 Hour Fitness USA, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**GOOD CAUSE APPEARING, THE PARTIES STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE IS GRANTED.**

Dated:  11/4/2011             /s/ John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE DISMISSAL OF ACTION
WITHOUT PREJUDICE; ORDER                         Case No.  CV-01573-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com